# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| RICHARD P. LIEBOWITZ, | ) | CAUSE NO. 3:21-MC-52-JD |
| | ) | |
| Respondent. | ) | |

## ORDER

By order dated November 3, 2021, in Cause No. 2021-31, the Supreme Court of the State of New York Appellate Division: Second Judicial Department suspended Respondent-Attorney Richard P. Liebowitz from the practice of law in the State of New York, effective immediately, for engaging in conduct that threatens the public interest. Attorney Liebowitz will be given the opportunity to show cause why the discipline handed down by the Supreme Court of the State of New York Appellate Division should not be reciprocally imposed by this Court.

ACCORDINGLY:

Pursuant to N.D. Ind. L.R. 83-6.8(b), the Court gives the Respondent thirty (30) days after service of this Order within which to show cause why the imposition of reciprocal discipline by this Court would be unwarranted.

The Clerk shall provide a copy of this Order to the Respondent in accordance with N.D. Ind. L.R. 83-6.12.

SO ORDERED on November 29, 2021.

/s/ Jon E. DeGuilio_____
Chief Judge, United States District Court
Northern District of Indiana