**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| RICHARD P. LIEBOWITZ, | )   CAUSE NO. 3:21-MC-52-JD |
| | ) |
| Respondent. | ) |

**ORDER**

By order dated November 3, 2021, in Cause No. 2021-31, the Supreme Court of the State of New York Appellate Division: Second Judicial Department suspended Respondent-Attorney Richard P. Liebowitz from the practice of law in the State of New York, effective immediately, for engaging in conduct that threatens the public interest. ECF 1. On November 29, 2021, this Court issued an order giving Liebowitz thirty (30) days to show cause why the discipline handed down by the Supreme Court of the State of New York Appellate Division should not be reciprocally imposed by this Court. ECF 2. The Court's order sent to Liebowitz's address of record was returned as undeliverable. ECF 3. Liebowitz has not filed any response to that order.

ACCORDINGLY:

Pursuant to N.D. Ind. L.R. 83-6.8(c), Respondent-Attorney Richard P. Liebowitz is hereby suspended from the practice of law before the United States District Court for the Northern District of Indiana.

Reinstatement shall be governed by the provisions of Local Rule 83-6.11.

SO ORDERED on January 11, 2022.

/s/ Jon E. DeGuilio
Chief Judge, United States District Court
Northern District of Indiana